UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
APRIL 4, 2023 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23-cr-00047
    18 U.S.C. § 2423(b)
    18 U.S.C. § 2423(e)

KYLE ANDREW UMSTEAD

# I N D I C T M E N T

The Grand Jury Charges:

On or about March 18, 2023, defendant KYLE ANDREW UMSTEAD did travel in interstate commerce, that is, from at or near Douglasville, Pennsylvania, to at or near Cross Lanes, Kanawha County, West Virginia, within the Southern District of West Virginia, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, and attempted to do so.

In violation of Title 18, United States Code, Sections 2423(b) and 2423(e).

## FORFEITURE

In accordance with Section 2428 of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant KYLE ANDREW UMSTEAD of a violation of 18 U.S.C. §§ 2421 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to any vehicle, cellular phone, or other electronic devices used to commit the violations set forth.

WILLIAM S. THOMPSON
United States Attorney

By: _____
Jennifer Rada Herrald
Assistant United States Attorney