William Houck

641 E. Phila Ave

Boyertown, Pa  19512

The Honorable Irene Berger

I have known Kyle Umstead for about ten years. I work with his mother and Kyle had been a co-worker for a few years upon his graduation from college.

I was surprised to hear about his current situation and have known him to be a rather solid person and am happy to write a letter of reference on his behalf. I understand the seriousness of this matter, however, hope the court will show some leniency.

We all make choices in life, some good and some bad and live with those choices. Kyle, I am sure has nothing but regret with the choice he made and it would be such a shame to incarcerate him any longer and ruin this young man's life any further.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Kyle Umstead to be an honorable individual, a valuable member of his community, and a good human being.

Respectfully yours,

William Houck