# RJ CURLEY, INC.   *Electrical Construction*

25 School Lane
Norristown, PA 19403
Phone 610-539-5245
Fax 610-539-3469
Email   rjcjr57@verizon.net

Friday November 3, 2023

Honorable Irene Berger,

My name is Richard J. Curley jr.
I care about Kyle Umstead.
Kyle Umstead started with our firm in the late summer of 2021.
He rose through our training program at an accelerated rate due
to the quality of his character and a dedication to the principles
of the "old school work ethic".
I saw him each and every day.
I was shocked at how he allowed his life to derail in such a
horrific direction.
I am mad at myself & deeply regret that I did not sense or stop such
a dangerous breakdown in judgement.
I was relieved to hear that he was stopped before the situation got to
where it could have gone.
I was further relieved to know he has acknowledged the magnitude
of his wrong doings.
I ask for leniency on his behalf.
At this time I would like to help.
I can offer a structured and steady employment environment.
Please let me know if there is anything else I can do.

Thank you,


Rich Curley jr.